UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-325-1- -3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| SHARON RENEE BAREFOOT | ) | |

The Grand Jury charges:

### COUNT ONE

On or about December 1, 2002, in the Eastern District of North Carolina, defendant SHARON RENEE BAREFOOT knowingly made and possessed a firearm and destructive device as defined in Title 26, United States Code, Section 5845, specifically, a pipe bomb, which was made in violation of the provisions of Title 26, United States Code, Chapter 53, and which was not registered to her in the National Firearms Registration and Transfer Record. All in violation of Title 26, United States Code, Sections 5861(c), 5861(d), 5861(f) and 5871.

### COUNT TWO

On or about December 1, 2002, in the Eastern District of North Carolina, in a matter within the jurisdiction of the executive branch of the Government of the United States, defendant SHARON RENEE BAREFOOT did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to agents of the Bureau of Alcohol, Tobacco and Firearms, specifically, that she had discovered a pipe bomb at her residence earlier that day,

when in fact she had made the pipe bomb herself.  All in violation of Title 18, United States Code, Section 1001.

```
                              A TRUE BILL

                              _____
                              FORE

                                  12/21/05
                              _____
                              DATE
```

FRANK D. WHITNEY
United States Attorney

*[signature]*

BY: ERIC D. GOULIAN
Assistant United States Attorney

I certify the foregoing to be a true and correct copy of the original.
Fred L. Borch III, Clerk
United States District Court
Eastern District of North Carolina
By *[signature]*
Deputy Clerk